**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00445-CV**
_____

**TIMBERHILL HOLDINGS, LLC, Appellant**

**V.**

**GCMS OIL, LLC, G. RUSSELL COOK, AND CATHIE COOK, Appellees**

---

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-07-09559-CV**

---

**MEMORANDUM OPINION**

Timberhill Holdings, LLC, Appellant, filed a motion to dismiss this appeal against G. Russell Cook and Cathie Cook. The remaining appellee, GCMS Oil, LLC, has not filed an objection to Appellant's motion to dismiss.

The motion is voluntarily made by the Appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal as it pertains to the judgment granted to G. Russell Cook and Cathie Cook. *See* Tex. R. App. P. 42.1(b). The appeal shall continue as to the judgment granted to Appellee

1

GCMS Oil, LLC. The style of the appeal is accordingly modified to *Timberhill Holdings, LLC v. GCMS Oil, LLC*.

APPEAL DISMISSED IN PART.

PER CURIAM

Submitted on April 2, 2025
Opinion Delivered April 3, 2025

Before Johnson, Wright and Chambers, JJ.